FILED: February 18, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 24-4037 (L)
(2:20-cr-00090-JAG-LRL-4)

---

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

NELSON EVANS

Defendant - Appellant

---

No. 24-4051
(2:20-cr-00090-JAG-LRL-3)

---

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

KALUB SHIPMAN, a/k/a Kato, a/k/a Baydo

Defendant – Appellant

No. 24-4073
(2:20-cr-00090-JAG-LRL-1)

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

JAQUATE SIMPSON, a/k/a Quay, a/k/a J, a/k/a Stacks, a/k/a Predator

Defendant - Appellant

No. 24-4103
(2:20-cr-00090-JAG-LRL-2)

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

LANDIS JACKSON, a/k/a Juve, a/k/a Juvie

Defendant - Appellant

O R D E R

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 40 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Niemeyer, Judge Rushing and Judge Heytens.

For the Court

/s/ Nwamaka Anowi, Clerk